MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:         (415) 436-7301
   Facsimile:         (415) 436-6982
   natalie.lee2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00511 RS |
|---|---|---|
| v. | ) ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| JERMAINE JONES, | ) ) | |
|    Defendant. | ) ) ) | |

     On October 30, 2012, the parties made a second status appearance before the Court.  The parties requested, and the Court ordered, a continuance until November 27, 2012, on which date the parties anticipate another status conference wherein dates will be discussed for either a possible plea or a trial.  The stated purpose of the continuance request was to afford defense counsel adequate time to prepare and to review additional discovery that defense counsel requested and that the United States will produce within the next two to three weeks.

STIP. & [PROPOSED] ORDER CONTINUING & EXCL. TIME
US v. JONES; CR 12-00511 RS             1

1  The parties also requested, and the Court ordered, that the time between October 30, 2012
2  and November 27, 2012, would be excluded from the running of the speedy trial clock for
3  effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking
4  into account the public interest in prompt disposition of criminal cases, good cause exists for this
5  extension.  The parties also agreed that the ends of justice served by granting such a continuance
6  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
7  3161(h)(7)(A).
8  SO STIPULATED:

10  MELINDA HAAG
    United States Attorney

12  DATED: October 30, 2012            /S/
                                       NATALIE LEE
13                                     Assistant United States Attorney

15  DATED: October 30, 2012            /S/
                                       BRANDON LEBLANC
16                                     Attorney for Jermaine Jones

17  For the reasons stated above, this matter is continued until November 27, 2012, for a
18  second status conference to set a date for either a possible plea or a trial.  The Court finds that the
19  exclusion of time from October 30, 2012 through November 27, 2012 is warranted and that the
20  ends of justice served by the continuance outweigh the best interests of the public and the
21  defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested
22  continuance would deny the defendant effective preparation of counsel and would result in a
23  miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).
24  SO ORDERED.

26  DATED: 10/31/12                    _____
                                       HONORABLE RICHARD SEEBORG
                                       United States District Judge