MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Natalie.Lee2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12-0511 RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS APPEARANCE UNTIL MARCH 18, 2014 |
| v. | ) | |
| JERMAINE JONES, | ) | Date: February 18, 2014 |
| Defendant. | ) | Time: 2:30 p.m. |

    The above-captioned matter is set on February 18, 2014 at 2:30 p.m. before this Court for a status appearance. The parties now request that the status appearance be continued to March 18, 2014 at 2:30 p.m. The government is compiling additional requested discovery items for defense counsel, which defense counsel will need time to review. For these reasons, the parties request that the status hearing be continued to March 18, 2014.

    Time has been properly excluded through February 11, 2014 – the date on which the Court issued its ruling relating to Defendant's pending motions. Therefore, the parties now request that the time between February 12, 2014 and March 18, 2014, be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this

STIP TO CONTINUE
CR 12-0511 RS                                       1

extension.  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: February 12, 2014                /S/
                                    NATALIE LEE
                                    Assistant United States Attorney

DATED: February 12, 2014                /S/
                                    DIANA WEISS
                                    Attorney for Jermaine Jones

     For the reasons stated above, the status appearance is continued until March 18, 2014, at 2:30 p.m.  The Court finds that the exclusion of time from February 12, 2014 through March 18, 2014 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 2/12/14

                                    HONORABLE RICHARD SEEBORG
                                    United States District Judge