| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | NATALIE LEE (CABN 277362)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7234
    Natalie.Lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0511 RS |
| v. | |
| JERMAINE JONES, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| Defendant. | |

On March 18, 2014, the parties made a status appearance before the Court during which time the parties explained that they were still awaiting word from the state authorities as to whether any state charges would be filed.  Therefore, the parties requested, and the Court ordered, a continuance until April 29, 2014, so that the government would have additional time to communicate with the state authorities and also for defense counsel to review items of discovery that were recently produced.

The parties also requested, and the Court ordered, that the time between March 18, 2014 and April 29, 2014, would be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and

1  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

3

4                                           MELINDA HAAG
                                            United States Attorney

5

6  DATED: March 18, 2014                         /S/
                                            NATALIE LEE
7                                           Assistant United States Attorney

8

9  DATED: March 18, 2014                         /S/
                                            DIANA WEISS
10                                          Attorney for Jermaine Jones

11       For the reasons stated above, this matter is continued until April 29, 2014.  The Court finds that

12  the exclusion of time from March 18, 2014 through April 29, 2014 is warranted and that the ends of

13  justice served by the continuance outweigh the best interests of the public and the defendant in a speedy

14  trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested continuance would deny the

15  defendant effective preparation of counsel and would result in a miscarriage of justice.  18 U.S.C. §

16  3161(h)(7)(B)(iv).

17  SO ORDERED.

18

19  DATED:  3/19/14                         HONORABLE RICHARD SEEBORG
                                            United States District Judge

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE
CR 12-0511 RS                               2