1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   NATALIE LEE (CABN 277362)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7301
7       FAX: (415) 436-7234
        Natalie.Lee2@usdoj.gov
8
    Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA          )   No. CR 12-0511 RS
14                                     )
        v.                             )
15                                     )   STIPULATION AND [PROPOSED] ORDER
    JERMAINE JONES,                    )   CONTINUING MATTER AND EXCLUDING
16                                     )   TIME UNDER 18 U.S.C. § 3161
        Defendant.                     )
17                                     )
    _____)
18

19          On April 29, 2014, the parties made a status appearance before the Court during which time the

20   parties requested, and the Court ordered, a continuance until October 21, 2014, so that the government

21   would have additional time to communicate with the state authorities regarding possible state charges in

22   this matter and also for defense counsel to review items of discovery and continue to investigate the

23   case.

24          The parties also requested, and the Court ordered, that the time between April 29, 2014 and

25   October 21, 2014, would be excluded from the running of the speedy trial clock for effective preparation

26   of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest

27   in prompt disposition of criminal cases, good cause exists for this extension.  The parties also agreed

28   that the ends of justice served by granting such a continuance outweighed the best interests of the public

STIP TO CONTINUE
CR 12-0511 RS                              1

1    and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2    SO STIPULATED:

3

4                                  MELINDA HAAG
                                   United States Attorney

5

6    DATED: April 30, 2014                    _____/S/_____
                                   NATALIE LEE

7                                    Assistant United States Attorney

8

9    DATED: April 30, 2014                    _____/S/_____
                                   DIANA WEISS

10                                    Attorney for Jermaine Jones

11         For the reasons stated above, this matter is continued until October 21, 2014.  The Court finds

12    that the exclusion of time from April 29, 2014 through October 21, 2014 is warranted and that the ends

13    of justice served by the continuance outweigh the best interests of the public and the defendant in a

14    speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested continuance would deny the

15    defendant effective preparation of counsel and would result in a miscarriage of justice.  18 U.S.C. §

16    3161(h)(7)(B)(iv).

17    SO ORDERED.

18    DATED:  5/7/14                            _____

19                             HONORABLE RICHARD SEEBORG
                            United States District Judge

20

21

22

23

24

25

26

27

28